## Hevner's License.

Argued March 5, 1907.   Appeal, No. 18, March T., 1907, by T. H. Hevner, from order of Q. S. Clinton Co., Jan. T., 1907, No. 39, refusing a liquor license.   Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ.   Affirmed.

OPINION BY MORRISON, J., April 15, 1907:

This appeal raises substantially the same questions raised in the appeal of Richard J. Free at No. 19, March Term, 1907, in this court, in which an opinion has this day been filed, post, p. 348, and on the authorities cited and the reasons given in that opinion, the order of the court below is affirmed, and the appeal dismissed, at the costs of the appellant.